UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR624-010 |
| ) | |
| KELVIN ROGERS ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Amy Lee Copeland** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Amy Lee Copeland** be granted leave of absence for the following periods: September 4, 2025 through September 5, 2025.

**SO ORDERED**, this the 24th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA