**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR624-010 |
| | ) | |
| KELVIN ROGERS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Amy Lee Copeland** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Amy Lee Copeland** be granted leave of absence for the following periods:  May 12, 2026 through May 15, 2026; June 15, 2026 through June 19, 2026; July 20, 2026 through July 24, 2026.

**SO ORDERED**, this the 23rd day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA